# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 8, 2024

## NO. 03-24-00402-CV

**Damien Artist, Appellant**

**v.**

**Victoria Garger, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
DISMISSED FOR WANT OF PROSECUTION –
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on June 7, 2024. Having reviewed the record, the Court holds that Damien Artist has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.